In the Matter of the Claim of FLORENCE GESCHWER, Respondent, v. TEE JAY TOYS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

616

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.